**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Deisy Jaimes, et al.

                     Plaintiff,

v.                                         Case No.: 1:17–cv–08291
                                               Honorable Jorge L. Alonso

Cook County, et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 11, 2017:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendants' unopposed motions for extension of time to answer or otherwise plead to Plaintiffs' amended complaint [13] and [15] are granted to 1/8/18. Enter Order. Motion hearing date of 12/14/17 is stricken. Status hearing previously set for 12/21/17 is stricken and reset to 1/17/18 at 9:30 a.m. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.