# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Deisy Jaimes, et al.
                            Plaintiff,

v.                                               Case No.: 1:17–cv–08291
                                                          Honorable Jorge L. Alonso

Cook County, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 20, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendants' agreed motion for leave to amend Defendants' motion to dismiss and for updated briefing schedule [44] is granted as follows: Defendants' amended motion to dismiss shall be filed by 3/23/18. Plaintiffs' response shall be filed by 3/30/18. Defendants' reply in support shall be filed by 4/6/18. The court will rule electronically. Motion hearing date of 3/22/18 is stricken. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.