Deisy Jaimes, et al.

                          Plaintiff,

v.                                                    Case No.: 1:17–cv–08291
                                                      Honorable Jorge L. Alonso

Cook County, et al.

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 24, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's unopposed motion for an extension of time to respond to Defendants' amended motion to dismiss [78] is granted as follows: Plaintiffs' response is extended to 10/12/18. Defendants' reply in support is extended to 11/2/18. The court will rule electronically. Motion hearing date of 9/27/18 is stricken. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.