Deisy Jaimes, et al.
                Plaintiff,

v.                                                           Case No.: 1:17–cv–08291
                                                           Honorable Jorge L. Alonso

Cook County, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 29, 2018:

      MINUTE entry before the Honorable Sidney I. Schenkier: Motion hearing held. Plaintiffs' motion to compel discovery (doc. #[83]) is granted with the limitations as described on the record. Defendants shall provide the discovery by a rolling order on a rolling basis beginning 11/19/18 and to be completed by no later than 12/21/18, provided that defendants shall produce a sample of 40 of the files responsive to Request for Production No. 18 by no later than 11/28/18. Plaintiffs' oral motion for defendant to produce the medical examiner file as to Erica Aguirre is denied without prejudice, pursuant to the agreement by defense counsel to make inquiry as to whether the file can be obtained. Plaintiffs' motion to compel Cook County to designate and produce Rule 30(b)(6) witness(es) (doc. #[85]) is granted in part and denied in part as follows: (1) the motion is granted at to Topic Nos. 3 and 5 limited to the three–year time period (November 2012– November 2015) except as to the portions of the topics related to Ms. Aguirre, for which the time period is five years (November 2010–November 2015), (3) the motion is granted as to Topic Nos. 8–9 and 18–19 for the time period November 2010–November 2015; and (4) the motion is denied as to Topic No. 4. As stated on the record, the parties are ordered to have meet and confer by no later than the end of business day today about the timing for the Rule 30(b)(6) depositions. By no later than 11/02/18, the parties are to file a joint statement setting forth the dates of the Rule 30(b)(6) depositions, the topics to be covered on each date, and the identity of the witnesses who will cover each topic. The status hearing set for 12/11/18 at 9:00 a.m. before the magistrate judge remains unchanged. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.