# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DEISY JAIMES, | ) | |
| | ) | 17 CV 8291 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Jorge L. Alonso |
| SHERIFF THOMAS J. DART, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEFENDANTS COOK COUNTY, SHERIFF THOMAS J. DART, JEFF K. JOHNSEN, NNEKA JONES, GEORGE TURNER, SGT. MONROE, JUANITA PETERSON, LT. JAIME PHILLIPS AND CARA SMITH'S UNOPPOSED MOTION FOR
## <u>EXTENSION OF TIME TO REPLY</u>

To:  Jonathan I. Loevy
Loevy & Loevy
311 N. Aberdeen
3rd FL
Chicago, IL 60607
(312)243-5900
Email: jon@loevy.com

Arthur R. Loevy
Loevy & Loevy
311 North Aberdeen
3rd Floor
Chicago, IL 60607
(312)243-5900
Email: arthur@loevy.com

Katherine A Roche
Loevy & Loevy
311 North Aberdeen Street
3rd Floor

Chicago, IL 60607
(312) 243-5900
Email: katie@loevy.com

Michael I Kanovitz
Loevy & Loevy
311 N. Aberdeen
3rd FL
Chicago, IL 60607
(312)243-5900
Email: mike@loevy.com

Vincenzo Field
Loevy & Loevy
311 N. Aberdeen
3rd FL
Chicago, IL 60607
United Sta
(312) 243-5900
Email: vince@loevy.com

**PLEASE TAKE NOTICE** that on November 8, 2018 at 9:30 a.m., I shall appear before the Honorable Judge Jorge L. Alonso in the courtroom currently occupied by him in Room 1725 of the Court for the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendants', Cook County, Cook County Department Of Corrections,*

*Sheriff Thomas J. Dart, Jeff K. Johnsen, Nneka Jones, Juanita Peterson, and Cara Smith, Unopposed Motion for Extension of Time to Answer or Otherwise Plead.*

                                            KIMBERLY M. FOXX
                                            State's Attorney of Cook County
                                            */s/ Michael P. Gorman*
                                            By: Michael P. Gorman #6318963
                                            Assistant State's Attorney
                                            500 Richard J. Daley Center
                                            Chicago, IL 60602
                                            michael.gorman@cookcountyil.gov

## CERTIFICATE OF SERVICE

     I, Michael P. Gorman, Assistant State's Attorney, depose and state that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), I served this Notice, together with the documents herein referred, electronically via the ECF-CM system to the above-named attorney on December 8, 2017.

                                            /s/ *Michael P. Gorman*
                                            Michael P. Gorman