## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

DEISY JAIMES, ENRIQUE JAIMES,    )
and GLORIA JAIMES,    )
    )    Case No. 17-cv-08291
    Plaintiff,    )
    )    Hon. Judge Schenkier
    v.    )
    )
COOK COUNTY,  SHERIFF OF COOK    )
COUNTY THOMAS J. DART,    )
    )
Defendants.    )

## NOTICE OF MOTION

To: Counsel of Record

Please take notice that on Tuesday November 7, 2018 at 8:30 a.m., counsel shall present the Plaintiff's Motion to Set Status Conference regarding Rule 30(b)(6) Deposition Schedule before the Hon. Judge Schenkier in the Courtroom usually occupied by him in the Dirksen Federal Building at 219 South Dearborn, Chicago, Illinois.

Respectfully submitted,

 s/ Danielle Hamilton
Danielle Hamilton
Attorney for Plaintiff

Arthur Loevy
Jon Loevy
Michael Kanovitz
Danielle Hamilton
Katie Roche
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl
Chicago, IL 60607
312-243-5900

## <u>CERTIFICATE OF SERVICE</u>

  I, Danielle Hamilton, an attorney, certify that on November 2, 2018, I caused the foregoing Notice of Motion to be filed using the Court's CM/ECF system and caused it to be served on all counsel of record.

              s/ Danielle Hamilton
              _____