**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEISY JAIMES, ENRIQUE JAIMES, and GLORIA JAIMES, | ) ) ) | |
| Plaintiffs, | ) ) | 17 C 8291 |
| vs. | ) ) | Honorable Judge Jorge L. Alonso |
| SHERIFF THOMAS J. DART, et al. | ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:** All Parties of Record

Please take notice that on November 23, 2018, Defendants filed their *Reply to Plaintiff's Response to Defendants' Motion to Dismiss*.

                                                KIMBERLY M. FOXX
                                                State's Attorney of Cook County

By:    /s/ *Michael P. Gorman*
         Michael P. Gorman
         Assistant State's Attorney
         500 Richard J. Daley Center
         Chicago, IL 60602
         Tel: (312) 603-4366
         Email: michael.gorman@cookcountyil.gov

## CERTIFICATE OF SERVICE

I, Michael P. Gorman, Assistant State's Attorney, hereby certify that on November 23, 2018, I filed this *Motion to Withdraw as Counsel for Defendant Sharon Lee* and that all counsel of record were served via Electronic Case Filing (ECF).

                                                  /s/ *Michael P. Gorman*
                                                  Michael P. Gorman