# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Deisy Jaimes, et al. v. Cook County, et al.  Case Number: 17 CV 8291

An appearance is hereby filed by the undersigned as attorney for:
Cook County, Thomas J. Dart, Cara Smith, Nneka Jones Tapia, George Turner, Jeff K. Johnson, Jaime Phillips, Angelic Monroe and Juanita Peterson

Attorney name (type or print): Elizabeth A. Ekl

Firm:    Reiter Burns LLP

Street address:    311 S. Wacker Dr., Suite 5200

City/State/Zip:    Chicago, IL  60606

Bar ID Number: 6242840    Telephone Number:    312 982-0090
(See item 3 in instructions)

Email Address: eekl@reiterburns.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____
In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 29, 2018

Attorney signature:    S/ Elizabeth A. Ekl
                (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015