

Danielle Hamilton <hamilton@loevy.com>

---

## Jaimes: Following Up

**Danielle Hamilton** <hamilton@loevy.com>  Tue, Jan 22, 2019 at 2:22 PM
To: Katie Roche <katie@loevy.com>
Cc: Elizabeth Ekl <eekl@reiterburns.com>, Michael Kanovitz <mike@loevy.com>

Hi Beth, thanks for the personnel records and additional policies you produced last week. We're writing to check on the status of the remaining outstanding discovery--the insurance policies, IAPro reports, *Monell* discovery, and Erika's Sheriff's Police Department application and test results. Please let us know when we can expect them.

Thanks,
Danielle

[Quoted text hidden]