

Danielle Hamilton <hamilton@loevy.com>

## Jaimes: Following Up

**Danielle Hamilton** <hamilton@loevy.com>  Wed, Feb 6, 2019 at 10:37 AM
To: Elizabeth Ekl <eekl@reiterburns.com>
Cc: Michael Kanovitz <mike@loevy.com>, Katie Roche <katie@loevy.com>

Beth,

I'm following up with you regarding my email from two weeks ago. The judge would like to us to come up with a deposition schedule for next week's status, and the outstanding discovery will be necessary for any upcoming depositions. Please confirm no later than this Friday that we'll receive the outstanding discovery by 2/14, otherwise we'll plan to raise the issue at the status.

Thanks,
Danielle

On Tue, Jan 22, 2019 at 2:22 PM Danielle Hamilton <hamilton@loevy.com> wrote:
[Quoted text hidden]



Danielle Hamilton <hamilton@loevy.com>

## Jaimes: Following Up

**Elizabeth Ekl** <eekl@reiterburns.com>  Wed, Feb 6, 2019 at 10:43 AM
To: Danielle Hamilton <hamilton@loevy.com>
Cc: Michael Kanovitz <mike@loevy.com>, Katie Roche <katie@loevy.com>

I received a number of materials over the last couple of days. They just need to be prepared for disclosure. So I will be producing them shortly. I agree we need to talk about depositions. I can do that late afternoon today, if you are available. We also need to discuss special rep.

Sent from my iPhone

[Quoted text hidden]