

Danielle Hamilton <hamilton@loevy.com>

## Deisy Jaimes, et al., v. Cook County, et al., Case No. 17-cv-8291

**Daniel Neville** <dneville@reiterburns.com>  Mon, Feb 11, 2019 at 5:40 PM
To: "arthur@loevy.com" <arthur@loevy.com>, "jon@loevy.com" <jon@loevy.com>, Michael Kanovitz <mike@loevy.com>, Katie Roche <katie@loevy.com>, Danielle Hamilton <hamilton@loevy.com>
Cc: Elizabeth Ekl <eekl@reiterburns.com>, "Paul A. Michalik" <pmichalik@reiterburns.com>, "Katherine C. Morrison" <kmorrison@reiterburns.com>, Daniel Burns <DBurns@reiterburns.com>

Counsel,

Attached please find Defendants' Response to Plaintiffs' Second Set of Requests for Production to the Cook County Defendants. The documents referenced in the Response will be sent via NetDocs secured link. The password to download the documents is Jaimes8291. Please note these documents are to be held Confidential pursuant to the protective order in this matter.

Best,

Dan



**Daniel A. Neville**

Paralegal

Reiter Burns LLP
Suite 5200 311 S Wacker Drive
Chicago IL 60606

**P** 312 982 0090 x109
**E** dneville@reiterburns.com    **W** reiterburns.com

This email is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the email and any attachments, and notify us immediately.

📄 **Jaimes - Cook Co Defs' Response to Pls' 2nd set of Requests for Production.pdf**
10K