IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| DEISY JAIMES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 17 CV 8291 |
| v. | ) | |
| | ) | |
| COOK COUNTY, et al., | ) | Honorable Jorge L. Alonso |
| | ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) | |

**DEFENDANTS COOK COUNTY AND SHERIFF THOMAS J. DART'S
AMENDED RESPONSE TO PLAINTIFFS' REQUEST FOR PRODUCTION NO. 9**

Defendants Cook County and Thomas J. Dart, Sheriff of Cook County, in his official capacity ("Defendants"), by one of their attorneys, Elizabeth A. Ekl of Reiter Burns LLP, amend their response to Plaintiffs' Request First Set of Requests for Production of Documents, as follows:

9. Full and unredacted copies of any insurance policies, contracts, or indemnification agreements that could or might provide coverage to any of the Defendants for any of the allegations in Plaintiffs' Complaint.

**ANSWER**: Defendants object to this Request as over broad, unduly burdensome, and not proportional to the needs of the case. Subject to and notwithstanding the objections, on November 15, 2015, Cook County was self-insured for settlements and judgments up to and including $ 15,000,000.00. During that time, Cook County maintained excess insurance policies with Ironshore (File# ISCP-9346A1), AXIS (File#: ATL159053), Allied World (File#: 2018024049) and National Casualty (File#: 01856372).

Dated: February 21, 2019                Respectfully submitted,

/s/ Elizabeth A. Ekl
One of the attorneys for Defendants Cook County
and Sheriff Thomas J. Dart

Terrence M. Burns
Elizabeth A. Ekl
Daniel M. Noland
Paul A. Michalik
Katherine C. Morrison
Daniel J. Burns
Reiter Burns LLP
311 South Wacker Drive, Suite 5200
Chicago, Illinois 60101
Tel: 312-982-0090

## **CERTIFICATE OF SERIVCE**

I hereby certify that on February 21, 2019, I caused the foregoing Defendants' Supplemental Responses to Plaintiffs' Requests for Production No. 9 to be transmitted by electronic mail to be delivered to the following:

***Attorneys for Plaintiff***
Arthur Loevy
Jon Loevy
Michael Kanovitz
Katie Roche
Danielle Hamilton
Loevy & Loevy
311 N. Aberdeen, 3rd Fl.
Chicago, IL 60607
312-243-5900
arthur@loevy.com
jon@loevy.com
mike@loevy.com
katie@loevy.com
hamilton@loevy.com

*s/ Elizabeth A. Ekl*