**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DEISY JAIMES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv-08291 |
| | ) | |
| v. | ) | |
| | ) | Hon. Judge Jorge L. Alonso |
| COOK COUNTY, *et al.*, | ) | Hon. Sidney I. Schenkier |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

      Please take notice that on Tuesday, March 12, 2019 at 8:30 a.m. or as soon thereafter as counsel may be heard, counsel for Plaintiffs shall appear before Judge Schenkier in the court room usually occupied by him at 219 South Dearborn, Chicago, Illinois and then and there present Plaintiffs' Motion to Compel Discovery.

      Respectfully submitted,

      /s/ Danielle Hamilton
      *Attorney for Plaintiff*

Arthur Loevy
Jon Loevy
Michael Kanovitz
Katie Roche
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

**CERTIFICATE OF SERVICE**

      I, Danielle Hamilton, an attorney, certify that on March 6, 2019, I caused the foregoing Notice of Motion to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

      /s/ Danielle Hamilton
      *Attorney for Plaintiff*