UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Deisy Jaimes, et al.
                          Plaintiff,

v.                                          Case No.: 1:17−cv−08291
                                                        Honorable Jorge L. Alonso

Cook County, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 13, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status and motion hearings held. The parties report on the status of discovery. For the reasons stated on the record, plaintiffs' motion to compel compliance with court order and second motion to compel discovery (doc. #[111]) is granted in part and denied in part. The motion is denied without prejudice as to Request for Production #18. By no later than 3/22/19, defense counsel is to provide plaintiffs' counsel with information that identifies which of the complaints identified on the summary provided by the defense involve complaints by persons outside the institution or by staff within the institution. By no later than 3/29/19, plaintiffs' counsel shall identify any files from those complaints that plaintiffs seek to have produced. The parties shall meet and confer to attempt to resolve any disagreements they may have about any such request. The motion is granted with respect to Request for Production # 9. Defense counsel is to produce the insurance policies to plaintiffs' counsel by no later than 4/03/19. If the defendants seek to produce limited portions of the policies, they shall meet and confer with the plaintiffs about that subject. The matter is set for a status hearing before the magistrate judge on 4/03/19 at 9:00 a.m. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.