# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Deisy Jaimes, et al.

                        Plaintiff,

v.                                                       Case No.: 1:17−cv−08291
                                                           Honorable Jorge L. Alonso

Cook County, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: The motion hearing set for 4/04/19 regarding plaintiffs' partially unopposed motion to permit more than 10 depositions and extend discovery (doc. #[116]) before the magistrate judge is RESET to 4/03/19 at 9:00 a.m. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.