## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DEISY JAIMES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv-08291 |
| | ) | |
| v. | ) | |
| | ) | Hon. Judge Jorge L. Alonso |
| COOK COUNTY, *et al.*, | ) | Hon. Sidney I. Schenkier |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

Please take notice that on Wednesday, April 10, 2019 at 9:30 a.m. or as soon thereafter as counsel may be heard, counsel for Plaintiffs shall appear before Judge Alonso in the court room usually occupied by him at 219 South Dearborn, Chicago, Illinois and then and there present Plaintiffs' Motion to Substitute Special Representative for Defendant Estate of Erika Aguirre.

Respectfully submitted,

/s/ Katie Roche
*Attorney for Plaintiffs*

Arthur Loevy
Jon Loevy
Michael Kanovitz
Katie Roche
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

**CERTIFICATE OF SERVICE**

      I, Katie Roche, an attorney, certify that on April 4, 2019, I caused the foregoing Notice of Motion to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

      /s/ Katie Roche
      *Attorney for Plaintiff*