# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Deisy Jaimes, et al.

                    Plaintiff,

v.                                       Case No.: 1:17−cv−08291
                                             Honorable Jorge L. Alonso

Cook County, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 17, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: We have revised the parties proposed schedule for production of documents (doc. #[137]) required by the Court's 5/03/19 order (doc. #[136]). We adopt the proposed schedule. Defendants shall produce the documents on a rolling basis, with the production to be completed by no later than 6/07/19. The status hearing with the magistrate judge set for 6/12/19 remains unchanged. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.